No. 94–7455. FUDGE v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 94–7513. O'CONNOR v. NEVADA ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–7621. JACKSON v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN. C. A. 7th Cir. Certiorari denied.

No. 94–7629. BLACK v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 94–7631. TORRES GARCIA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–7664. CHRISTIAN v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 94–7666. CONDINO v. COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS. C. A. 9th Cir. Certiorari denied.

No. 94–7669. WOODARD v. BURT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 94–7670. PAIGE v. LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–7672. PRICE v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 94–7678. ARMSTRONG v. YOUNG. C. A. 7th Cir. Certiorari denied.

No. 94–7681. THOMPSON v. RASBERRY ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–7682. VILLAREAL v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–7683. GOMEZ v. OREGON STATE BOARD OF PAROLE. C. A. 9th Cir. Certiorari denied.